IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

NICKOLAS FACAROS,             )
                                          )
         Plaintiff,             )   TC-MD 120425N
                                          )
        v.                   )
                                          )
LANE COUNTY ASSESSOR,     )
                                          )
         Defendant.        )   **DECISION**

Plaintiff filed his Complaint on April 26, 2012, challenging the value of properties identified as Accounts 0636983 and 1837804 for the 2010-11 and 2011-12 tax years. In an Order issued March 7, 2013, the court dismissed Plaintiff's appeal of Account 1837804 for the 2010-11 tax year finding that it lacks jurisdiction to consider Plaintiff's appeal of Account 1837804 for the 2010-11 tax year under ORS 305.288(1).

On August 2, 2013, the parties filed a written stipulation, agreeing to a reduction in the real market value of Account 0636983 for the 2010-11 and 2011-12 tax years. (Stip at 1-2, Aug 2, 2013.) Plaintiff withdrew its appeal of Account 1837804 for the 2011-12 tax year. (*Id*. at 2.) The court finds that the real market value of Account 0636983 is as stipulated by the parties for the 2010-11 and 2011-12 tax years. Now, therefore,

IT IS THE DECISION OF THIS COURT that the real market values of property identified as Account 0636983 are, as stipulated, for the 2010-11 and 2011-12 tax years:

2010-11 tax year:

Real Market Value (RMV):
|  |  |
|---|---|
| Land: | $ 79,500 |
| Improvements: | $ 55,660 |
| Total: | $135,160 |

Exception RMV:               $ 79,500;

2011-12 tax year:

RMV:

| | |
|---|---|
| Land: | $ 72,345 |
| Improvements: | $ 52,480 |
| Total: | $124,825. |

IT IS FURTHER DECIDED that, for the reasons set forth in the court's Order issued March 7, 2013, Plaintiff's appeal of property identified as Account 1837804 for the 2010-11 tax year is dismissed.

IT IS FURTHER DECIDED that, as requested by Plaintiff, Plaintiff's appeal of property identified as Account 1837804 for the 2011-12 tax year is dismissed.

Dated this ____ day of August 2013.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision was signed by Magistrate Allison R. Boomer on August 5, 2013. The court filed and entered this Decision on August 5, 2013.*